UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 11705 RGS

| | | |
|---|---|---|
| LOCATEPLUS HOLDINGS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | |
| STEVE SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

MAGISTRATE JUDGE Alexander

RECEIPT # _____
AMOUNT $ 161
SUMMONS ISSUED ___
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE ___

## NOTICE OF REMOVAL

Defendant Steve Silva, through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, respectfully submits this Notice of Removal of a civil action filed in the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts. In support of this removal, Defendant states the following:

1.

On or about July 23, 2004, Plaintiff LocatePlus Holdings Corporation filed a Verified Complaint against Defendant Steve Silva in the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, which is styled as follows: *LocatePlus Holdings Corporation v. Steve Silva*, Civil Action No. 04-3278 BLS. In that Complaint, Plaintiff alleges that Silva, a former employee, has breached an alleged agreement containing multiple restrictive covenants, breached an implied covenant of good faith and fair dealing, breached various common law duties, misappropriated trade secrets, and has converted Plaintiff's property. Plaintiff simultaneously filed a Motion for Preliminary Injunction and a Memorandum

of Law in Support. A true and correct copy of the Verified Complaint and all other pleadings filed with the Suffolk County Superior Court to date are attached hereto as <u>Exhibit A.</u>

2.

Defendant Silva was served with a copy of the Verified Complaint and first received notice of the action on July 23, 2004. This Notice of Removal is filed within thirty (30) days of that service.

3.

This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. This action may be removed to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, and 1441(a) because the action is between citizens of different states and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs. In support of this contention, Defendant states that:

a. Defendant is a resident of the State of Georgia, with his current residence at 2435 Hampton Passage, Alpharetta, Georgia 30005.

b. Plaintiff is a Delaware corporation with its principal place of business at 100 Cumming Center, Suite 235M, Beverly, Massachusetts 01915.

c. The amount in controversy in this case exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs, as, in addition to injunctive relief, Plaintiff's Complaint seeks compensatory damages including lost revenue and lost profits as well as all compensation, benefits and profits made by Defendant Silva "during his period of disloyalty and malfeasance." (Complaint, Prayer for Relief, ¶ 4). The jurisdictional threshold is clearly satisfied given the additional fact that Defendant Silva earns significantly more than $75,000 in total annual

compensation and given that Plaintiff seeks to enforce the alleged covenants for a minimum of one year.

4.

Upon information and belief, no other process, pleadings, or Orders (other than those attached hereto) have been filed with or issued by the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts.

5.

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action (attached hereto as Exhibit B), together with a copy of this Notice, shall be filed with the Clerk of the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, and shall be served on counsel for the Plaintiff.

WHEREFORE, Defendant Steve Silva, having satisfied all requirements for removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby petitions this Court to remove this case from the Suffolk County Superior Court, Department of the Trial Court, to the United States District Court for the District of Massachusetts, and requests that this Court assume full jurisdiction of the case herein as provided by law.

Respectfully submitted,

DEFENDANT STEVE SILVA,
By his attorneys,

/s/

Mary Winstanley O'Connor, Esq.
(BBO #541708)
Michelle A. Bernstein, Esq.
(BBO #637884)
Gaffin, Krattenmaker & O'Connor P.C.
2400 Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 437-6530

Of Counsel:
Stephen W. Riddell
Georgia Bar No. 604810
Jeffery E. Robertson
Georgia Bar No. 609739
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000
Fax: (404) 962-6515

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing **NOTICE OF REMOVAL** has been served on all parties via United States mail, postage prepaid, addressed as follows:

> Mark M. Whitney, Esq.
> Corrine L. Hood, Esq.
> Morgan, Brown, & Joy, LLP
> One Boston Place
> Boston, Massachusetts 02108-4472

This 2nd day of August, 2004.

_____
Michelle A. Bernstein

{00017251.DOC}00017251.DOC

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
LocatePlus Holdings Corporation

**DEFENDANTS**
Steve Silva

04 11705 RGS

(b) County of Residence of First Listed Plaintiff  Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Mark Whitney, Esq. / Corinne Hood, Esq.
Morgan, Brown & Joy, LLP       (617) 523-6666
One Boston Place, Boston MA 02108

Attorneys (If Known) Mary W. O'Connor / Michelle A. Bernstein
Gaffin, Krattenmaker & O'Connor, P.C.
2400 Prudential Tower, 800 Boylston St.
Boston, MA 02199       (617) 437-6530

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | **PRISONER PETITIONS** | | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | | |
| | ☐ 530 General | | | |
| | ☐ 535 Death Penalty | | | |
| | ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §1332 - Plaintiff alleges that Defendant breached an alleged agreement containing restrictive covenants, an implied covenant of good faith and fair dealing, various common law duties, misappropriated trade secrets and converted property

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Preliminary injunction, permanent injunction, compensatory damages
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 7/2/04
SIGNATURE OF ATTORNEY OF RECORD
Michelle A. Bernstein

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **LocatePlus Holdings Corporation v Steve Silva**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ] NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ] NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party? **N/A**
   YES [ ] NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ] NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)). **N/A**
   YES [ ] NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division [X]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [X] NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Mary Winstanley O'Connor / Michelle A. Bernstein**
ADDRESS **Gaffin, Krattenmaker & O'Connor, P.C. 2400 Prudential Tower, 800 Boylston St, Boston, MA 02199**
TELEPHONE NO. **(617) 437-6530**

(Coversheetlocal.wpd - 10/17/02)