UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOCATEPLUS HOLDINGS CORPORATION,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**STEVE SILVA,**<br><br>    **Defendant.** | **Civil Action No.**<br>**04-11705-RGS** |

### JURY DEMAND

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please be advised that the plaintiff, LocatePlus Holdings Corporation, hereby demands a trial by jury in the above-styled action.

Dated: August 4, 2004

            Respectfully Submitted,

            /s/ Mark M. Whitney
            _____
            Mark M. Whitney, Esq.
            BBO # 637054
            **MORGAN BROWN & JOY, LLP**
            One Boston Place
            Boston, MA 02108
            Phone (617) 523-6666
            Fax (720) 293-9696
            *Counsel for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been sent by ordinary U.S. mail, postage prepaid, to Mary Winstanley O'Connor, Esq., Gaffin, Krattenmaker & O'Connor P.C., 2400 Prudential Tower, 800 Boylston Street, Boston, MA  02199, on this 4th day of August, 2004.

                                          /s/ Mark M. Whitney
                                          _____
                                          Mark M. Whitney, Esq.