UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11705-RGS

LOCATEPLUS HOLDINGS CORPORATION

v.

STEVE SILVA

ORDER

August 3, 2004

STEARNS, D.J.

The Clerk will issue a short order of notice on plaintiff's request for a preliminary injunction and schedule a hearing for the week of August 9. The temporary restraining order issued by the Superior Court will remain in effect until the parties are heard by this court.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE