UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LOCATEPLUS HOLDINGS CORPORATION

      V.                CIVIL ACTION NO. 04-11705-RGS

STEVE SILVA

# NOTICE OF HEARING

STEARNS, DJ.                AUGUST 3, 2004

    A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION IS HEREBY SCHEDULED FOR:

MONDAY, AUGUST 9, 2004 AT 11:00 A.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

    BY:

                                          /s/ Deputy Clerk