IN THE SUPERIOR COURT, DEPT. OF THE TRIAL COURT
COMMONWEALTH OF MASSACHUSETTS, SUFFOLK, ss.

| | |
|---|---|
| LOCATEPLUS HOLDINGS CORPORATION,<br><br>PLAINTIFF,<br><br>VS.<br><br>STEVE SILVA,<br><br>DEFENDANTS. | CASE NO. 04-3278 BLS |

### AFFIDAVIT OF DUE DILIGENCE

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Johnny Henderson, who, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that he attempted to serve Steve Silva at 1000 Alderman Drive, Alpharetta, Georgia. The attempt to serve was unsuccessful because:

1. Attempted service on 07/30/2004 at 2:30 pm. Does not work there.

2. Attempted service on 07/31/2004 at 9:30 am at 2435 Hampton Passage, Alpharetta, GA. Does not live there.

3. Attempted service on 08/02/2004 at 9:00 pm. Does not live there.

I declare under penalty of perjury that the foregoing is true and correct.

This ____6th____ of August, 2004.

_____
Process Server
MLQ Attorney Services
2110 Powers Ferry Road
Suite 305
Atlanta, GA  30339
(770) 984-7007

Subscribed and sworn to
Before me this ___6th___
Day of August, 2004,
And notarized by me on this date.

_____
Notary Public

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                             SUPERIOR COURT
                                                         DEPT. OF THE TRIAL COURT

| LOCATEPLUS HOLDINGS CORPORATION, Plaintiff, v. STEVE SILVA, Defendant. | CIVIL ACTION NO. 04-3278 BLS |
|---|---|

## TEMPORARY RESTRAINING ORDER

Upon consideration of the plaintiff's *ex parte* motion for a temporary restraining order, the Court enters the following Order:

1. Defendant Silva is hereby enjoined from prosecuting a separate suit in any other court, including but not limited to the state and federal courts of Georgia, that arises from or involves the same nucleus of facts, controversy and/or issues raised in the instant suit or that would otherwise interfere with this action.

2. Defendant Silva is hereby enjoined from obtaining relief in any other court that would stay, limit or restrain this Court or restrict plaintiff from prosecuting its claims in this action.

3. This Order shall remain in force until it is revisited at the hearing on plaintiff's motion for a preliminary injunction, on 8/4/04, 10AM at which time ~~it may be entered as~~ a ~~permanent order~~. it will be reviewed. /s/

Although LocatePlus has already filed and scheduled a hearing on its motion for a preliminary injunction, certain events have occurred in the interim that warrant this request for a TRO to avoid: irreparably harming LocatePlus; unnecessarily compounding and complicating the resolution of this matter; and rewarding Mr. Silva for his unscrupulous conduct and vexatious litigation. As additional grounds for this motion, LocatePlus provides herewith a memorandum in support of its motion for a TRO.

Due to the nature of the relief requested, LocatePlus respectfully submits that no security is necessary.

Respectfully submitted,

LOCATEPLUS HOLDINGS CORP.,

By its attorneys,

_____
Mark M. Whitney, Esq.  BBO #637054
Corinne L. Hood, Esq.  BBO #654311
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

Dated: July 29, 2004

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT
                                                DEPT. OF THE TRIAL COURT

---

LOCATEPLUS HOLDINGS
CORPORATION,

          Plaintiff,

v.

STEVE SILVA,

          Defendant.

---

CIVIL ACTION NO. 04-3278 BLS

[Handwritten annotations:] July 29, 2004 Filed attest: Jane M. Mahon Assistant Clerk

### EMERGENCY EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff, LocatePlus Holdings Corp. ("LocatePlus"), hereby moves *ex parte* pursuant to Mass. R. Civ. P. 65 for a temporary restraining order ("TRO") restraining defendant, Steve Silva ("Mr. Silva"), from prosecuting a separate suit in any other court arising from or involving the same nucleus of facts, controversy and/or issues raised in the instant suit or that would otherwise interfere with this action.

A substantial part of the grounds for the instant emergency motion are set forth in papers already on file with this Court: the Verified Complaint; LocatePlus's memorandum of law in support its motion for a preliminary injunction; as well as in the affidavits of Jon Latorella, James Fields, Paula Reed, Jennifer Yahoodik, Vinod Gupta, Mark Whitney and Corinne Hood, and their respective exhibits filed in support of the preliminary injunction motion. LocatePlus respectfully incorporates those papers herein and will address their impact upon this motion when this motion is presented to the Court.

[Handwritten annotation in right margin:] 7/29/04 After hearing P's counsel ex parte, the TRO requested herein is allowed, due to (1) the logic and wisdom of applying Massachusetts law to this dispute, (2) the fact that the non-compete provision in question was signed in Massachusetts, (3) the "First Filed Rule" which favors proceeding in Massachusetts as opposed to any other state or federal court regarding this particular dispute, and (4) the fact that Judge Van Gestel of this Court has already scheduled a PI hearing for 8/4/04 at 10:00 AM for this same dispute.

[Handwritten at bottom:] See Comverse v. Compute 1998 WL 448910 (Mass.Super.) and Medtronic v. Advanced Bionics 630 N.W. 2d 438 (2001)

[Signature]

- 2 -

4. This Order shall apply in all respects to defendant Silva, as well as to his attorneys, agents or any other individual or entity within his control.

SO ORDERED this 29th day of July, 2004.

Hon. John C. Cratsley
Justice of the Superior Court



- *SERVICE OF PROCESS*
- *UCC & REAL ESTATE TITLE SEARCHES/FILINGS*
- *COURTHOUSE/SEC. OF STATE FILINGS & RETRIEVALS*
- *CRIMINAL BACKGROUND/ASSET SEARCHES*
- *EMPLOYMENT VERIFICATION/SKIP TRACING*
- *MLQ HAS FULL PROFESSIONAL LIABILITY INSURANCE*

Enclosed please find the documents that you requested.

If you have any questions concerning this, or any of our other services, please do not hesitate to call us at **770/984-7007**.

Thank you for your order. We are happy to be of service to you and look forward to helping you in the future with all of your legal support service needs, either locally or nationwide through our pre-qualified network of agents.