UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOCATEPLUS HOLDINGS CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVE SILVA,**<br><br>Defendant. | Civil Action No.<br>04-11705-RGS |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY

NOW COMES the plaintiff in the above-captioned action, LocatePlus Holdings Corporation ("LocatePlus"), and hereby moves pursuant to Local Rule 7.1(b)(3) for an order granting them leave to file a reply to defendant, Steve Silva's ("Silva") opposition to LocatePlus's motion for a preliminary injunction. The reply would assist the Court in ruling upon the pending motion for the following reasons:

1. A reply is necessary here, where additional critical evidence has surfaced since LocatePlus filed its initial pleadings in state court.

2. In addition, Silva's opposition also raises certain substantive issues that require further examination by the Court.

3. It is important that the reply be allowed to clear up any confusion that Silva's distortion of facts and LocatePlus's arguments may have created.

4. A reply is also warranted to clear up discreet deficiencies in the legal arguments asserted by the Silva in his opposition.

5.  For the Court's convenience, LocatePlus has attached hereto as Exhibit A the original reply which is the subject of this motion.

**WHEREFORE**, LocatePlus respectfully request that this Court issue an order:

(a)  granting LocatePlus leave to file a reply to the plaintiff's opposition to defendant's motion for a preliminary injunction;

(b)  instructing the Clerk of the Court to accept for filing and entry into the docket the original reply attached hereto as Exhibit A; and

(c)  granting any other relief that the Court deems necessary and just.

Dated: August 9, 2004

> Respectfully Submitted,
>
> /s/ Mark M. Whitney
>
> _____
> Mark M. Whitney, Esq.
> BBO # 637054
> **MORGAN BROWN & JOY, LLP**
> One Boston Place
> Boston, MA 02108
> Phone (617) 523-6666
> Fax (720) 293-9696
> *Counsel for Plaintiff*

### Local Rule 7.1(a)(2) Certification

Silva's counsel served the undersigned with his opposition papers on Friday afternoon, August 6, 2004. However, the undersigned was appearing in the Northern District of Georgia where he obtained a stay of the related action pending in that court. Thus, the undersigned did not have an opportunity to consider Silva's opposition papers until Saturday, August 8, 2004. Therefore, with regard to Rule 7.1(a)(2) certification,

- 3 -

and in light of the velocity of these proceedings, the undersigned certifies that he attempted to contact all known Georgia and Massachusetts counsel (four attorneys) to seek their asset to this motion, or to narrow the issue presented in this motion by e-mail on Sunday, August 8, 2004. The undersigned also attempted to contact two of Silva's counsel (Jeff Robertson and Michelle Bernstein) by telephone.

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent by fax and hand delivery, to Mary W. O'Connor, Esq., Gaffin, Krattenmaker & O'Connor P.C., 2400 Prudential Tower, 800 Boylston Street, Boston, MA 02199, on this 9th day of August, 2004. A courtesy copy of this motion was also sent to defendant's Georgia counsel by fax only.

/s/ Mark M. Whitney

_____
Mark M. Whitney, Esq.