UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCATEPLUS HOLDINGS CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>STEVE SILVA,<br><br>                Defendant. | CIVIL ACTION NO. 04-CV-11705-RGS |

**AFFIDAVIT OF JILL JEWELL IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Jill Jewell, hereby depose and state:

1. I am the Marketing Manager for LocatePlus. I have worked here since August 30, 2003.

2. I am familiar with Steve Silva. Steve was the one who promoted me into my current position.

3. Steve and I are very close friends, and I know that Steve considers me to be a confidant. I have had many discussions with Steve about his decision to leave LocatePlus.

4. I am aware from many discussions with Steve that Steve understands that ChoicePoint is LocatePlus's direct competitor.

5. I knew Steve was planning on leaving in the spring of 2004. I knew that Steve had made a few trips to Georgia during the spring. Steve also told me that he had employment options at Loislaw, as well as a couple of other companies.

6. After Memorial Day weekend, in early June 2004, I asked Steve about how much longer will be here. He said there were still some things that need to be worked out before he could consider where to go, including attending other interviews, taking some employment tests, and I specifically remember him saying that he didn't remember if he had a non-compete agreement. I responded by saying "how do you not know if you have one?" He responded that he didn't think he had a non-compete agreement, but he just didn't remember whether he signed one or not and wasn't 100% sure. Steve told me that figuring out whether he had a non-compete agreement was one of the things he had to do before he could make a decision about whether he could leave.

7. After he resigned, Steve told me that Jon took it better than expected and Jon figured that he was going to Loislaw or a couple of other companies (other than ChoicePoint) and wished him well.

8. After his resignation, Steve was sending me a lot of computer files. I understood from conversations with him that he was moving information from his computer to me and Mark Etttinger. During that time frame, Steve and I had a conversation in which we discussed whether deleted items actually get deleted.

9. Steve told me that ChoicePoint is putting him up in a company house that is being paid for by ChoicePoint.

10. My impression from discussions with Steve in the time before he left was that he was very concerned that LocatePlus would commence a court case against him because ChoicePoint was a direct competitor, as opposed to going to Loislaw.

11. After Steve had resigned, Steve told me that his employment at ChoicePoint was set to start on August 2, 2004, and that he would spend the last two weeks of July packing up, moving and driving to Georgia.

12. Right before Steve's last day, he told me that ChoicePoint wanted him to go on a trip to Nebraska before his official start date to visit infoUSA. He said that ChoicePoint wanted him go on that trip and he was uncomfortable about it because infoUSA was a customer of LocatePlus.

Signed under the pains and penalties of perjury this _____ day of August, 2004.

_____
Jill Jewell
8/8/04