UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCATEPLUS HOLDINGS CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>STEVE SILVA,<br><br>               Defendant. | CIVIL ACTION NO. 04-CV-11705-RGS |

## AFFIDAVIT OF DAN O'RIORDAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Dan O'Riordan, hereby depose and state:

1.    I am the Vice President of Operations for LocatePlus Holdings Corporation ("LocatePlus"). Among other duties, I oversee office security at LocatePlus. I have been employed by LocatePlus in this capacity since October 1994.

2.    LocatePlus's phone system is computerized and tracks all calling activity for telephone extensions throughout the company.

3.    On August 5, 2004, I ran a "Tapit" phone report which produced a detailed activity phone log of calls placed from Steve Silva's extension (Ext. 150) from May 12, 2004 through August 5, 2004. A true copy of the report is attached as Exhibit A.

4.    The phone report indicates that phone calls were placed from Steve Silva's extension on May 12, 2004, June 25, 2004, and June 28, 2004.

5.    On August 6, 2004, I ran a separate phone report which indicates that four out-going phone calls were made from Steve Silva's extension to Randy Holmes at

- 2 -

ChoicePoint (1-770-752-5925) on March 2, 2004, April 5, 2004, June 9, 2004, and June 25, 2004. A true copy of the report is attached as Exhibit B.

6. LocatePlus has an office security system in which individual offices have a proximity card built into the wall which allows only individuals with authorized badges entrance into a particular office. That system also keeps track of which employee badge open which doors.

7. On August 6, 2004, I ran a security report which indicated all badge entries into Steve Silva's office from May 13, 2004 through July 16, 2004. A true copy of the report is attached as Exhibit C. (The first date available in our badge entry database is May 13, 2004.)

8. The report indicates that Steve Silva entered his office on June 25, 2004 at 8:50 a.m. and 2:53 p.m. and June 28, 2004 at 8:27 a.m. and 1:03 p.m.

9. LocatePlus also utilizes a computerized video security system that continuously records various parts of the facility.

10. On August 6, 2004, I viewed the security camera recording for May 12, 2004, June 25, 2004 and June 28, 2004. The camera shows Steve Silva walking in the hallway to the executive area near his office on all three of those days. A true copy of a screen-print of the camera recording is attached as Exhibit D.

Signed under the pains and penalties of perjury this ____ day of August, 2004.

_____
Dan O'Riordan