UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCATEPLUS HOLDINGS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SILVA,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-11705-RGS |

## SECOND AFFIDAVIT OF PAULA REED IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Paula Reed, hereby depose and state:

1. I am the Senior Accountant for LocatePlus Holdings Corporation ("LocatePlus"). I have been employed by LocatePlus in this capacity since September 2001.

2. I submit this second affidavit to address further my regular practice of processing the new-hire paperwork here at LocatePlus. As I testified in my last affidavit, I use a new-hire checklist to make sure that I obtain all signed new-hire documents before I enter new employees into the payroll system.

3. Attached to this affidavit is a list of all employees who were hired after I began working at the company. Also attached are copies of the signed Confidentiality and Non-Compete Agreements for all of those employees, except for Steve Silva.

4.  Included with many of the non-compete agreements are copies of offer letters used to hire the particular employee. Those offer letters specifically state that the offer of employment is contingent upon signing a non-compete agreement.

5.  Mr. Silva's signature appears on some of those offer letters, indicating the Mr. Silva communicated to other new-hires that the company requires its incoming employees to sign a non-compete agreement.

Signed under the pains and penalties of perjury this ___ day of August, 2004.

_____
Paula Reed