Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

# SUCV2004-03278
## Locateplus Holdings Corporation v Silva

| | | | | | |
|---|---|---|---|---|---|
| File Date | 07/23/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 08/04/2004 | Session | BLS - CtRm 6 | | |
| Origin | 1 | Case Type | BD3 - Restrictive covenants | | |
| Lead Case | | Track | B | | |

| Service | Answer | Rule12/19/20 | |
|---|---|---|---|
| Rule 15 | Discovery | Rule 56 | |
| Final PTC | Disposition | Jury Trial | No |

### PARTIES

**Plaintiff**
Locateplus Holdings Corporation
Active 07/23/2004

**Private Counsel 637054**
Mark M Whitney
Morgan Brown & Joy
1 Boston Place
Suite 1616
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 07/23/2004 Notify

**Private Counsel 654311**
Corinne L Hood
Morgan Brown & Joy
1 Boston Place
Suite 1616
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 07/23/2004 Notify

**Defendant**
Steve Silva
Served: 07/23/2004
Served (answr pending) 07/30/2004

**Private Counsel 541708**
Mary Winstanley O'Connor
Gaffin & Krattenmaker
800 Boylston Street
2400 Prudential Tower
Boston, MA 02199-8001
Phone: 617-437-6530
Fax: 617-437-6419
Active 08/04/2004 Notify

**Private Counsel 637884**
Michelle Bernstein
Gaffin & Krattenmaker
800 Boylston Street
2400 Prudential Tower
Boston, MA 02199-8001
Phone: 617-437-6530
Fax: 617-437-9419
Active 08/04/2004 Notify

MAS-20030912  
guen  

**Commonwealth of Massachusetts**  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket  

08/04/2004  
11:56 AM  

## SUCV2004-03278
## Locateplus Holdings Corporation v Silva

**Out-of-state attorney**  
Stephen W. Riddell  
5200 Bank Of America Plaza  
600 Peachtree Street N. E.  
Atlanta, GA 30308-2216  
Phone: 404-885-3000  
Active 08/04/2004  

**Out-of-state attorney**  
Jeffery E. Robertson  
5200 Bank Of America Plaza  
600 Peachtree Street N. E.  
Atlanta, GA 30308  
Active 08/04/2004  

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/23/2004 | 1.0 | Complaint (Business) |
| 07/23/2004 |  | Origin 1, Type BD3, Track B. |
| 07/23/2004 | 2.0 | Civil action cover sheet filed |
| 07/23/2004 | 3.0 | Notice of acceptance into the business litigation session |
| 07/23/2004 | 4.0 | Motion of plff for short order of notice |
| 07/23/2004 | 5.0 | Motion of plff for a preliminary injunction |
| 07/23/2004 |  | Notice ordered issued re: motion for preliminary injunction returnable Wednesday August 4, 2004 in room 6 at 10:00AM (vanGestel J) Summons and order of notice issued See P#1 |
| 07/23/2004 | 6.0 | Motion of plff for the appointment of Thomas Savage as special process server and allowed (vanGestel J) |
| 07/28/2004 | 7.0 | Affidavit of Vinod Gupta in support of plff's motion for a preliminary injunction |
| 07/29/2004 | 8.0 | Emergency ex parte motion for a temporary restraining order (w/o opposition) - After hearing plff's counsel ex parte the TRO requested herein is ALLOWED due to (1) The logic & wisdom of applying Mass law to this dispute (2) The fact that the non-compete provision in question was signed in Mass (3) The "First Filed Rule" which favors proceedings in Mass as opposed to any other state or federal court regarding this particular dispute & (4) The fact that Judge VanGestel of this court has already scheduled a PI hearing for 8/4/04 at 10am for this same dispute - See Comverse v Computel 1998 wl 448910 (Mass Super) & Medtronic v Advanced Bionics 630 N.W. 2d 438 (2001) (Cratsley,J) |
| 07/29/2004 |  | Upon payment of $90.00 to Clerk/Magistrate notice to show cause to issue returnable Wednesday August 4, 2004 in room 6 at 10:00AM with TRO issued in order |
| 07/29/2004 |  | Fee paid Summons order of notice and TRO issued |
| 07/29/2004 | 9.0 | ORDER re: TRO issued (Cratsley J) |
| 07/30/2004 | 10.0 | SERVICE RETURNED (order of notice): Steve Silva(Defendant) (in hand) |

*Suffolk Superior Civil #04-3278 BLS*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                           SUPERIOR COURT
                                                       DEPT. OF THE TRIAL COURT

| | |
|---|---|
| LOCATEPLUS HOLDINGS CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) C.A. NO. 04-3278 BLS |
| STEVE SILVA, | ) *U.S. DIST #* |
| Defendant. | )<br>) *04-11705 RGS* |

**NOTICE TO SUPERIOR COURT OF REMOVAL**

PLEASE TAKE NOTICE that on August 2, 2004, Defendant Steve Silva filed a Notice of Removal with the Clerk of the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached hereto as <u>Exhibit A.</u>

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of that Notice of Removal to the United States District Court, together with the filing of a copy of that Notice with the Clerk of this Court, effects the removal of the above-styled action to the United States District Court, and this Court may proceed no further unless and until this case is remanded.

{00017248.DOC}- 1 -

Respectfully submitted,

DEFENDANT STEVE SILVA,
By his attorneys,

_____
Mary Winstanley O'Connor, Esq.
(BBO #541708)
Michelle A. Bernstein, Esq.
(BBO #637884)
Gaffin, Krattenmaker & O'Connor P.C.
2400 Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 437-6530

I HEREBY ATTEST AND CERTIFY ON
AUGUST 4, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK

August 2, 2004

Of Counsel:
Stephen W. Riddell
Georgia Bar No. 604810
Jeffery E. Robertson
Georgia Bar No. 609739
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000
Fax: (404) 962-6515

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing **NOTICE TO SUPERIOR COURT OF REMOVAL** has been served on all parties via United States mail, postage prepaid, addressed as follows:

>Mark M. Whitney, Esq.
>Corrine L. Hood, Esq.
>Morgan, Brown, & Joy, LLP
>One Boston Place
>Boston, Massachusetts 02108-4472

This 2nd day of August, 2004.

_____
Michelle A. Bernstein

# "EXHIBIT A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCATEPLUS HOLDINGS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEVE SILVA, )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Defendant Steve Silva, through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, respectfully submits this Notice of Removal of a civil action filed in the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts. In support of this removal, Defendant states the following:

1.

On or about July 23, 2004, Plaintiff LocatePlus Holdings Corporation filed a Verified Complaint against Defendant Steve Silva in the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, which is styled as follows: *LocatePlus Holdings Corporation v. Steve Silva,* Civil Action No. 04-3278 BLS. In that Complaint, Plaintiff alleges that Silva, a former employee, has breached an alleged agreement containing multiple restrictive covenants, breached an implied covenant of good faith and fair dealing, breached various common law duties, misappropriated trade secrets, and has converted Plaintiff's property. Plaintiff simultaneously filed a Motion for Preliminary Injunction and a Memorandum

of Law in Support. A true and correct copy of the Verified Complaint and all other pleadings filed with the Suffolk County Superior Court to date are attached hereto as Exhibit A.

2.

Defendant Silva was served with a copy of the Verified Complaint and first received notice of the action on July 23, 2004. This Notice of Removal is filed within thirty (30) days of that service.

3.

This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. This action may be removed to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, and 1441(a) because the action is between citizens of different states and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs. In support of this contention, Defendant states that:

a. Defendant is a resident of the State of Georgia, with his current residence at 2435 Hampton Passage, Alpharetta, Georgia 30005.

b. Plaintiff is a Delaware corporation with its principal place of business at 100 Cumming Center, Suite 235M, Beverly, Massachusetts 01915.

c. The amount in controversy in this case exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs, as, in addition to injunctive relief, Plaintiff's Complaint seeks compensatory damages including lost revenue and lost profits as well as all compensation, benefits and profits made by Defendant Silva "during his period of disloyalty and malfeasance." (Complaint, Prayer for Relief, ¶ 4). The jurisdictional threshold is clearly satisfied given the additional fact that Defendant Silva earns significantly more than $75,000 in total annual

compensation and given that Plaintiff seeks to enforce the alleged covenants for a minimum of one year.

4.

Upon information and belief, no other process, pleadings, or Orders (other than those attached hereto) have been filed with or issued by the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts.

5.

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action (attached hereto as Exhibit B), together with a copy of this Notice, shall be filed with the Clerk of the Suffolk County Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, and shall be served on counsel for the Plaintiff.

WHEREFORE, Defendant Steve Silva, having satisfied all requirements for removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby petitions this Court to remove this case from the Suffolk County Superior Court, Department of the Trial Court, to the United States District Court for the District of Massachusetts, and requests that this Court assume full jurisdiction of the case herein as provided by law.

Respectfully submitted,

DEFENDANT STEVE SILVA,
By his attorneys,

_____
Mary Winstanley O'Connor, Esq.
(BBO #541708)
Michelle A. Bernstein, Esq.
(BBO #637884)
Gaffin, Krattenmaker & O'Connor P.C.
2400 Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 437-6530

Of Counsel:
Stephen W. Riddell
Georgia Bar No. 604810
Jeffery E. Robertson
Georgia Bar No. 609739
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Phone: (404) 885-3000
Fax: (404) 962-6515

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing **NOTICE OF REMOVAL** has been served on all parties via United States mail, postage prepaid, addressed as follows:

> Mark M. Whitney, Esq.
> Corrine L. Hood, Esq.
> Morgan, Brown, & Joy, LLP
> One Boston Place
> Boston, Massachusetts 02108-4472

This 2nd day of August, 2004.

_____
Michelle A. Bernstein