UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOCATEPLUS HOLDINGS CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVE SILVA,**<br><br>Defendant. | Civil Action No.<br>04-11705-RGS |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY

NOW COMES the plaintiff in the above-captioned action, LocatePlus Holdings Corporation ("LocatePlus"), and hereby moves pursuant to Local Rule 7.1(b)(3) for an order granting them leave to file a reply to defendant, Steve Silva's ("Silva") opposition to LocatePlus's motion to strike portions of Silva's affidavit. The reply would greatly assist the Court in ruling upon the pending motion for the following reasons:

1.  The reply demonstrates why the two cases relied upon by Silva in support of his argument that the communications at issue are "administrative" in nature and therefore not privileged are distinguishable and actually support LocatePlus's position.

2.  The reply will address and rebut Silva's assertion that LocatePlus impliedly waived its attorney-client privilege. The reply demonstrates that the communication at issue is not vital to Silva's defense and its exclusion will not meaningfully weaken Silva's position. In addition, the reply explains how LocatePlus has not enmeshed the communication at issue into Silva's defense and brings to the

Court's attention a controlling case from this District that Silva did not cite in his opposition.

    3.    Lead counsel for Silva has indicated that he does not object to this motion for leave to file a reply.

    4.    For the Court's convenience, LocatePlus has attached hereto as Exhibit A the original reply which is the subject of this motion.

**WHEREFORE**, LocatePlus respectfully request that this Court issue an order:

    (a)    granting LocatePlus leave to file a reply to Silva's opposition to LocatePlus's motion to strike portions of Silva's affidavit;

    (b)    instructing the Clerk of the Court to accept for filing and entry into the docket the original reply attached hereto as Exhibit A; and

    (c)    granting any other relief that the Court deems necessary and just.

Dated: August 30, 2004

                                    Respectfully Submitted,

                                    /s/ Mark M. Whitney
                                  _____
                                  Mark M. Whitney, Esq.
                                  BBO # 637054
                                  **MORGAN BROWN & JOY, LLP**
                                  One Boston Place
                                  Boston, MA 02108
                                  Phone (617) 523-6666
                                  Fax (720) 293-9696
                                  *Counsel for Plaintiff*

- 3 -

**Local Rule 7.1(a)(2) Certification**

  I hereby certify that I communicated with Jeff Robertson, from the office of Troutman Sanders, Silva's lead counsel, concerning the instant motion for leave to file a reply. Mr. Robertson confirmed that Silva did not oppose LocatePlus's making of the instant motion.

         /s/ Mark M. Whitney
         _____
         Mark M. Whitney, Esq.

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been sent by e-mail and regular mail to Mary W. O'Connor, Esq., Gaffin, Krattenmaker & O'Connor P.C., 2400 Prudential Tower, 800 Boylston Street, Boston, MA 02199, on this 30th day of August, 2004. A copy of this document was also sent to defendant's Georgia counsel by e-mail and regular mail.

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.