UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOCATEPLUS HOLDINGS CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STEVE SILVA,**<br><br>**Defendant**. | Civil Action No.<br>04-11705-RGS |

## CHANGE OF ADDRESS OF COUNSEL

PLEASE TAKE NOTICE: Effective December 27, 2004, the street address for Mark M. Whitney, appearing as counsel for the plaintiff, LocatePlus Holdings Corporation, has changed from One Boston Place, Suite 1616, Boston, MA 02108 to:

> Morgan, Brown & Joy, LLP
> 200 State Street
> Boston, MA 02109-2605

All fax and telephone numbers for Morgan, Brown & Joy remain unchanged.

Dated: January 5, 2005

Respectfully Submitted,

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.
BBO # 637054
**MORGAN BROWN & JOY, LLP**
200 State Street
Boston, MA 02109-2605
Phone (617) 523-6666
Fax (720) 293-9696
*Counsel for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2005, I filed the foregoing document with the Clerk of the Court by using the ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing to counsel for the defendant, Mary W. O'Connor, Esq., Gaffin, Krattenmaker & O'Connor P.C., 2400 Prudential Tower, 800 Boylston Street, Boston, MA  02199, by U.S. mail, on this 5th day of January, 2005.  A courtesy copy of this document was also sent to defendant's Georgia counsel by U.S. mail.

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.