UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOCATEPLUS HOLDINGS CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STEVE SILVA,**<br><br>**Defendant**. | **Civil Action No.**<br>**04-11705-RGS** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendant hereby stipulate and agree that the above-entitled action, including all claims and counterclaims, is hereby dismissed with prejudice and without costs, expenses and fees, including attorneys' fees. This dismissal is to enter forthwith and all rights of appeal are hereby waived by the parties.

Respectfully submitted,

| **LOCATEPLUS HOLDINGS CORPORATION**, | **STEVEN SILVA,** |
|---|---|

/s/ Mark M. Whitney
Mark M. Whitney, Esq.
BBO # 637054
**MORGAN BROWN & JOY, LLP**
200 State Street
Boston, MA 02109-2605
Phone (617) 523-6666
Fax (720) 293-9696
*Counsel for Plaintiff*

/s/ Jeffery E. Robertson (by Mark M. Whitney, with his express permission)
Charles A. Hawkins, Esq., *admitted pro hac vice*
Jeffery E. Robinson, Esq., *admitted pro hac vice*
**TROUTMAN SANDERS LLP**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA  30308-2216
Phone (404) 885-3091
*Co-counsel for Defendant*

Mary W. O'Connor, Esq.
BBO # 541708
**GAFFIN, KRATTENMAKER & O'CONNOR P.C.**
2400 Prudential Tower
800 Boylston Street
Boston, MA  02199
Phone (617) 437-6530
Fax (617) 437-9419
*Local Counsel for Defendant*

Dated:  March 17, 2005